# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Jose Ernesto Madrid** DOB: 1988; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 26-07076MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about January 7, 2026, in the District of Arizona, **Jose Ernesto Madrid**, knowing or in reckless disregard that a certain alien, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about January 7, 2026, in the District of Arizona, **Jose Ernesto Madrid**, knowing that a certain illegal alien, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 7, 2026, in the District of Arizona (Amado), Border Patrol Agents (BPAs) were conducting checkpoint operations on Interstate 19 in Amado, Arizona. At approximately 9:30 p.m., a 2013 Dodge Ram entered the checkpoint in lane two. BPAs conducted an immigration inspection on the driver, identified as **Jose Ernesto Madrid**, and passenger, identified as Angel Cardenas-Castro. BPAs asked **Madrid** for identification, and he anxiously moved his hand from his lap to the dash area and stated that he left his identification at his home in Amado. While BPAs were conducting their inspection, a BPA K9 unit alerted to the Ram and the vehicle was sent to secondary for further inspection. In secondary, BPAs continued their immigration inspection and determined that Angel Cardenas-Castro was a citizen of Mexico illegally present in the United States. Record checks revealed that Angel Cardenas-Castro does not possess the proper documentation to enter, pass through, or remain in the United States legally. Further record checks revealed that Angel Cardenas-Castro was previously removed from the United States on August 1, 2025, through Nogales, Arizona. **Madrid** was determined to be a United States citizen.

After waiving his *Miranda* rights, **Jose Ernesto Madrid** initially provided a false statement about being friends with his passenger for the past four months before recanting that statement. **Madrid** then stated that three weeks ago his friend in Mexico asked him if he could pick up illegal aliens. He called his friend on January 7 and agreed to pick up an illegal alien because he could not find a job and needed the money. **Madrid** was going to be paid $1,000 for the job. He was sent a picture of the illegal alien and was told to pick him up at Walmart in Nogales, Arizona. After picking up the illegal alien, **Madrid** drove him to McDonalds before heading up to the checkpoint. He was supposed to contact his friend in Mexico after crossing the checkpoint to obtain the drop-off location for the illegal alien.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

Detention Requested
    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT

OFFICIAL TITLE & NAME:
U.S. Border Patrol Agent
Jeremy Sykes

Sworn by telephone _X_

SIGNATURE OF MAGISTRATE JUDGE[1]    *Jacqueline M. Rateau*

DATE January 8, 2026

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Chamblee